# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

KELLY A. SPRATT, a married
woman,

        Respondent,

        v.

BRADLEY TOFT, and his wife,
JILL TOFT, and the marital
community composed thereof,

        Appellants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

DIVISION ONE

No. 72333-2-I

UNPUBLISHED OPINION

FILED:     June 1, 2015

DWYER, J. — The anti-SLAPP statute, RCW 4.24.525, is invalid. Davis v. Cox, No. 90233-0 (Wash. May 28, 2015). Accordingly, appellants cannot establish an entitlement to appellate relief.

Neither party is entitled to an award of attorney fees. As the prevailing party, respondent is entitled to an award of costs.

Affirmed.

We concur: